02-11-375-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00375-CV 

 

 




 
 
 In re Kent Altonio Rogers
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The court has considered relator’s petition for writ of mandamus
and is of the opinion that the petition should be dismissed as moot. 
Accordingly, relator’s petition for writ of mandamus is dismissed as moot.

PER
CURIAM

PANEL:  DAUPHINOT, GARDNER,
and MCCOY, JJ.

DELIVERED:  November 1, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).